IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SANDRA VAHLDICK                                                                    PLAINTIFF

v.                                          Case No. 1:19-cv-1064

UNITED STATES OF AMERICA                                                    DEFENDANT

**ORDER**

Before the Court is Plaintiff's Motion for Change of Venue.  (ECF No. 10).  The Court finds that no response is necessary and that this matter is ripe for consideration.

 Plaintiff filed this action on December 18, 2019, in the United States District Court for the Western District of Arkansas, El Dorado Division.  In her motion, Plaintiff states that the circumstances underlying her claims occurred in Van Buren, Arkansas and that she, her counsel, and counsel for Defendant are all located in Fort Smith, Arkansas—in the  Western District of Arkansas, Fort Smith Division.  Consequently, Plaintiff moves the Court to transfer this action from the El Dorado Division to the Fort Smith Division.  Plaintiff has further indicated that Defendant is in agreement that the Fort Smith Division is the more appropriate venue for this action.

For the convenience of the parties and witnesses, and in the interests of justice, the Court finds that this action should be transferred.  28 U.S.C. § 1404.  Accordingly, Plaintiff's Motion for Change of Venue (ECF No. 10) is hereby **GRANTED**.  The Clerk of Court is **DIRECTED** to transfer this case to the United States District Court for the Western District of Arkansas, Fort Smith Division.

**IT IS SO ORDERED**, this 16th day of July, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge